**[DO NOT PUBLISH]**

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 13, 2005
THOMAS K. KAHN
CLERK

_____

**No. 03-14365**
**Non-Argument Calendar**

_____

D. C. Docket No. 03-00043-CR-N-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JERRY JOSEPH HIGDON, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

(December 13, 2005)

## ON REMAND FROM THE
## SUPREME COURT OF THE UNITED STATES

Before ANDERSON, CARNES and HULL, Circuit Judges.

PER CURIAM:

We previously affirmed the conviction and sentence in this case. <u>See</u>

<u>United States v. Higdon</u>, 122 Fed. Appx. 985 (11th Cir. 2004). Later, we denied

rehearing en banc. <u>See</u> <u>United States v. Higdon</u>, 418 F.3d 1136 (11th Cir. 2005).

The Supreme Court has vacated our prior judgment and remanded the case to us

for further consideration in light of <u>Booker v. United States</u>, 543 U.S. __, 125

S.Ct. 738 (2005). Having reconsidered our decision pursuant to the Supreme

Court's instructions, we reinstate our judgment affirming conviction and sentence.

In our opinion accompanying our denial of rehearing en banc, we noted:

> At no time in the district court or in his initial brief on appeal did
> Higdon challenge the constitutionality of any extra-verdict sentencing
> enhancement or assert that the district court lacked the authority to
> impose the enhancements under a preponderance-of-the-evidence
> standard. Instead, approximately three months after briefing was
> completed in the case, Higdon filed a motion to file a supplemental
> brief raising a <u>Blakely</u> issue.

418 F.3d at 1137. Following the well-established rule in this circuit, <u>see</u> <u>United</u>

<u>States v. Levy</u>, 379 F.3d 1241, 1242 (11th Cir. 2004), <u>reh'g en banc denied</u>, 391

F.3d 1327 (11th Cir. 2004), issues that are not timely raised in the briefs are

deemed abandoned. In <u>United States v. Ardley</u>, 242 F.3d 989, 990 (11th Cir.

2001), we applied this rule to a case remanded from the Supreme Court in light of

<u>Apprendi</u>. Recently, we applied <u>Ardley</u> to a post-<u>Booker</u> remand and found that

the defendant had abandoned his <u>Booker</u> claim because he failed to raise it at the

2

district court or in his initial brief.  <u>United States v. Dockery</u>, 401F.3d 1261 (11th

Cir. 2005).

Our opinion affirming the conviction and sentence in this case is

accordingly **REINSTATED**.[1]

---

[1] The motion to withdraw as appointed counsel for appellant, filed by attorney Michael J. Peterson, is granted.  Attorney Maryanne Melko Prince is hereby appointed to represent appellant.